PROB 12C
(6/16)

Report Date: June 3, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elijah James Copeland-Frazier      Case Number: 0980 1:22CR02082-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 28, 2023

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) 924 (a)(8)

Original Sentence: Prison - 18 months;      Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: Christopher John Bridger      Date Supervision Commenced: October 7, 2024

Defense Attorney: Federal Defender's Office      Date Supervision Expires: October 6, 2027

## PETITIONING THE COURT

To issue a summons

On October 7, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Copeland-Frazier, as outlined in the judgment. Mr. Copeland-Frazier signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: It is alleged that Mr. Copeland-Frazier violated mandatory condition # 2 by possessing controlled substance, psychedelic mushrooms, on or about May 21, 2025.

On May 22, 2025, the undersigned was notified by the Washington Department of Corrections (DOC), that Mr. Copeland-Frazier was found in possession of psychedelic mushrooms. The following information was provided:

On May 21, 2025, a community corrections officer with the Washington State Department of Corrections, Spokane Gang Unit, located a text message thread during a search of another offender on state probation that contained conversations between that offender and Mr. Copeland-Frazier with statements of "selling dope", "has dope in his room" and "his source needs to reup."

Prob12C
**Re: Copeland-Frazier, Elijah James**
**June 3, 2025**
Page 2

On May 22, 2025, due to the conversations indicating there was narcotics activity, Washington State Department of Corrections conducted a search of Mr. Copeland-Fraizer's residence. During the search, a plastic bag was located with approximately a gallon size full of what was suspected to be psychedelic mushrooms. During the search, Mr. Copeland-Frazier's girlfriend contacted the DOC officer and advised the psychedelic mushrooms were hers. Later, Mr. Copeland-Frazier admitted to the DOC officer that they were in fact his.

On May 28, 2025, Mr. Copeland-Frazier reported to the U.S. Probation Office as instructed. He submitted to a random urinalysis, which returned negative. He admitted that he was surrounding himself around the wrong people, making poor decisions and did not deny selling drugs when questioned.

2   **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged that Mr. Copeland-Frazier violated standard condition #8 by communicating or interacting with someone engaged in criminal activity on or about May 21, 2025.

On May 22, 2025, the undersigned received information from Mr. Copeland-Frazier's DOC officer that during a search, there was a text thread between Mr. Copeland-Frazier and another known felon on Washington State probation discussing payments for tattoos, indicating trading drugs as payment. On May 28, 2025, Mr. Copeland-Frazier admitted to having contact with the known felons.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/03/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Copeland-Frazier, Elijah James
June 3, 2025
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_____6/3/2025_____
Date